ELSIE MACD. SAVILLE, Individually and as Ancillary Administratrix of the Estate of ALBERT J. MACDONALD, Deceased, Respondent, *v.* ROBERT SWEET et al., Appellants.

(Submitted February 27, 1933; decided March 7, 1933.)

*J. Adam Murphy* for motion.

*Emery H. Sykes* opposed.

Motion denied, with ten dollars costs.